# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————————

MARK P. HAYE,

Appellant,

v.

TRUIST BANK,

Appellee.

No. 2D22-3877

————————————————————

November 8, 2023

Appeal from the County Court for Pinellas County; John Carassas, Judge.

Mark P. Haye, pro se.

Robert J. Lindeman of Marcadis Singer P.A. Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.